JULIA A. THURSTON v. STATE.

No. A-657.   Opinion Filed September 23, 1911.

Appeal from Superior Court, Logan County; J. M. Sandlin, Judge.

Julia A. Thurston was convicted of a violation of the prohibition law, and appeals.  Reversed and remanded.

H. C. Olds, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the superior court of Logan county for the crime of selling intoxicating liquor and was sentenced to serve a term of thirty days in the county jail and pay a fine of fifty dollars.  A trial was had before a jury composed of only six men.   The record does not show that the defendant waived her right to a trial by jury of twelve men.   Under the authority of Hill v. State, 3 Okla. Cr. 686, 109 Pac. 291; Schafer v. State, 5 Okla. Cr. 598, 115 Pac. 379, and Dalton v. State, infra, 116 Pac. 954, the judgment will be reversed and the cause remanded to the superior court of Logan county with direction to grant a new trial.

---

GEORGE HODSON v. STATE .

No. 1002.   Opinion Filed September 23, 1911.

Appeal from District Court, Canadian County; John J. Carney, Judge.

George Hodson was convicted of larceny of live stock, and appeals. Appeal dismissed.

Forrest & Sansom, for plaintiff in error.

PER CURIAM.   Plaintiff in error was convicted of the crime of larceny of live stock, and was sentenced to imprisonment for a period of two years in the state penitentiary.   The judgment and sentence was entered on December 27th, 1910.   An appeal was taken by filing in this court on January 20th, 1911, a petition in error with case-made. Plaintiff in error by his counsel of record has filed a motion to dismiss his appeal, which motion is sustained, and the appeal is dismissed, with direction to the district court of Canadian county to cause its judgment and sentence to be carried into execution.